IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

MAURICE ROBINSON,

     Petitioner,

v.                             CASE NO. 5:15-cv-75-RV-GRJ

SECRETARY, DEP'T
OF CORRECTIONS,

     Respondent.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 22, 2017, ECF No. 19, recommending that the Petition should be dismissed. The parties have been furnished with a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  The Petition for writ of habeas corpus, (ECF No. 1), is **DISMISSED.**

3.  A certificate of appealability is **DENIED.**

**DONE AND ORDERED** this 23rd day of January, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**